## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** <br> **For the use and benefit of** <br> **G. J. MILLER CONTRACTING, LLC** <br> 8612 Edmonston Road <br> College Park, Maryland 20740 <br><br>         **Plaintiff,** <br> v. <br><br> **AEGIS SECURITY INSURANCE COMPANY** <br> P.O. Box 3153 <br> Harrisburg, Pennsylvania 17105 <br><br> **SERVE:** <br>     CT Corporation System <br>     1015 15th Street, N.W., Suite 1000 <br>     Washington, D.C. 20005 <br><br>         **Defendant.** | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | <br><br><br><br><br><br> **CASE NO.:** _____ |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## COMPLAINT
### (Miller Act Payment Bond Action)

Plaintiff, the United States of America for the use and benefit of G. J. Miller Contracting, LLC, by and through its undersigned counsel and pursuant to the Miller Act, 40 USC §§ 3131, et seq., hereby files its Complaint against Defendant, Aegis Security Insurance Company, and states as follows:

<u>The Parties</u>

1.     G. J. Miller Contracting, LLC ("G. J. Miller") is a Maryland limited liability company with a principal place of business located at 8612 Edmonston Road, College Park, Maryland 20740.

2. Aegis Security Insurance Company ("Aegis"), a surety and a Pennsylvania corporation, maintains a principal place of business at P. O. Box 3153, Harrisburg, Pennsylvania 17105.

## Jurisdiction and Venue

3. Jurisdiction is proper pursuant to 28 USC §1332 because there is diversity of citizenship. G. J. Miller is a Maryland limited liability company, while Aegis is a Pennsylvania corporation. The amount in controversy exceeds $75,000.00.

4. Jurisdiction is also proper pursuant to 28 USC §1331 because a federal question is at issue under the Miller Act, 40 USC §§3131, et seq.

5. Venue is proper pursuant to 28 USC §1391(b)(2) and pursuant to the Miller Act, 40 USC §§3131, et seq., because a substantial part of the events or omissions giving rise to the claim occurred, and a substantial part of property that is the subject of the action is situate, in Washington, D.C. and because the prime contract was performed and executed in Washington, D.C.

## Factual Background

6. The United States of America, General Services Administration (the "Government"), as owner, entered into a prime contract with Desbuild EG Management Services JV, LLC ("Desbuild"), as the contractor, for the construction of the project known as the St. Elizabeth's DHS Phase 2 Interim Fence, West Campus in Washington, D.C. (the "Project").

7. Pursuant to the Miller Act, 40 USCS 3131 to 3134, Aegis, as surety, provided a payment bond (the "Bond") on behalf of Desbuild, as principal, to the Government as security for payment of subcontractors and suppliers for labor and materials provided to the Project. A true and correct copy of the Bond is attached hereto as **Exhibit 1**.

8. On or about November 10, 2017, Desbuild entered into a subcontract (the "Subcontract") with G. J. Miller to supply certain asphalt paving and related work to the Project. A true and correct copy of the Subcontract is attached hereto as **Exhibit 2**. The original subcontract amount was $123,400.00. G. J. Miller has performed change order and extra work valued at not less than $431,814.38 at the request and direction of Desbuild. Thus, the adjusted subcontract amount is at least $555,214.38, all of which has been earned by G. J. Miller for its work. A true and correct copy of the Pending Change Orders owed to G. J. Miller is attached hereto as **Exhibit 3**.

9. G. J. Miller completed all of its work, including provision of labor and materials, for the Project, including all change order and extra work, timely and in conformance with the terms of the Subcontract and the direction of Desbuild.

10. To date, however, G. J. Miller has been paid only $160,013.00, leaving an unpaid balance of at least $395,201.38 which is due and owing from Desbuild to G. J. Miller. Neither Desbuild nor its surety, Aegis, have paid G. J. Miller this $395,201.38 amount due and owing under the Subcontract and the Bond, despite requests by G. J. Miller to them for payment.

11. G. J. Miller has not been paid in full for the labor and materials within 90 days after the day that G. J. Miller last supplied labor and materials to the Project. G. J. Miller last supplied labor and materials to the Project on May 9, 2019. This action on the payment bond is thus filed within one year after G. J. Miller last supplied labor and materials to the Project.

### COUNT I
### (Payment Bond Claim – Aegis)

12. The averments in Paragraphs 1-11 of this Complaint are hereby adopted and incorporated by reference as if set forth in full herein.

13. Aegis is liable under the terms of the Bond and under the Miller Act to pay G. J. Miller at least $395,201.38 for the unpaid work G. J. Miller provided on the Project.

14. Despite demand, neither Desbuild nor Aegis have made payment to G. J. Miller of the remaining principal balance of not less than $395,201.38, which balance is due and owing under the terms of the Subcontract, for the labor, materials, and/or equipment furnished by G. J. Miller to Desbuild on the Project.

15. Desbuild's failure and/or refusal to pay G. J. Miller the aforementioned amount constitutes a material breach of the Subcontract, for which Desbuild is liable.

16. Aegis, pursuant to the Bond and the Miller Act, is jointly and severally liable to G. J. Miller along with Desbuild for the stated amount.

17. Desbuild's failure and/or refusal to pay G. J. Miller the amounts due and owing is both a breach of the Bond and an event which triggers Aegis' obligation under the Bond to make payment.

18. Aegis' failure and/or refusal to promptly pay amounts due and owing for labor, material, and/or equipment G. J. Miller supplied in the prosecution of the work provided for in the contract Desbuild had with the Owner constitutes a breach of Aegis' payment bond obligations and the Miller Act, and has caused G. J. Miller monetary damages.

19. G. J. Miller has initiated this action within one year of the date when it last performed work at or supplied materials to the Project.

20. G. J. Miller is a valid claimant as defined by the Bond and the Miller Act and has satisfied all conditions precedent to filing this action and/or those conditions have been waived or excused.

**WHEREFORE**, G. J. Miller Contracting, LLC hereby requests judgment against Aegis Security Insurance Company in the amount of not less than $395,201.38, plus pre- and post-judgment interest, all costs of this action, reasonable attorneys' fees, and such further relief as this Honorable Court shall deem appropriate.

Dated: May 4, 2020                                             Respectfully submitted,


                                                                                     */s/ Lucas F. Webster*
                                                                               Lucas F. Webster, D.C. Bar No. #470174
Kenneth K. Sorteberg, D.C. Bar No. #449817
Huddles Jones Sorteberg & Dachille, P.C.
10211 Wincopin Circle, Suite 200
Columbia, Maryland 21044
(410) 720-0072 (Telephone)
(410) 720-0329 (Facsimile)
sorteberg@constructionlaw.com
webster@constructionlaw.com

Attorneys for Plaintiff,
G. J. Miller Contracting, LLC